IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS LOGAN,

      Plaintiff,                         No. CIV S-07-1042 LKK EFB P

      vs.

HAWKINS, et al.,

      Defendants.                <u>ORDER</u>

                              /

       Plaintiff is a state prisoner proceeding without counsel *in forma pauperis* in an action against prison officials for civil rights violations. *See* 28 U.S.C. § 1915(a). This proceeding was referred to the undersigned pursuant to Local Rule 72-302 and 28 U.S.C. § 636(b)(1). Under 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff has been assessed an initial payment of $17. Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

       The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma pauperis* application upon the Director of the California Department of Corrections and

1  Rehabilitation and deliver a copy of this order to the Clerk's financial division.

2      So ordered.

3  Dated: July 25, 2007.

             _____
             EDMUND F. BRENNAN
             UNITED STATES MAGISTRATE JUDGE