IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS LOGAN,

        Plaintiff,                      No. CIV S-07-1042 LKK EFB P

    vs.

HAWKINS, et al.,

        Defendants.            FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding without counsel in a civil rights action. *See* 42 U.S.C. 1983.

        On July 26, 2007, the court dismissed plaintiff's claims against defendants Nurse Scott and the Chief Medical Officer at MCSP pursuant to 28 U.S.C. § 1915A with leave to amend. The court informed plaintiff that he could proceed against defendant Hawkins by submitting materials for service within 20 days, but the court would then recommend dismissal of his claims against defendants Nurse Scott and the Chief Medical Officer at MCSP without leave to amend.

        On August 2, 2007, plaintiff submitted materials for service of defendant Dr. Hawkins. For the reasons stated in the July 2, 2007, order, the court finds that plaintiff has failed to state a claim against defendants Nurse Scott and the Chief Medical Officer at MCSP.

////

1

Accordingly, it is hereby recommended that claims against defendants Nurse Scott and the Chief Medical Officer at MCSP be dismissed with prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE