1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                       FOR THE EASTERN DISTRICT OF CALIFORNIA

8    CHRIS LOGAN,

9            Plaintiff,                          No. CIV S-07-1042 LKK EFB P

10           vs.

11   HAWKINS, et al.,

12           Defendants.                         ORDER

13   _____/

14          Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

15   *See* 42 U.S.C. § 1983.  He has requested that the court appoint counsel.   District courts lack

16   authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v.*

17   *United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court

18   may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v.*

19   *Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36

20   (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

21          Accordingly, IT IS HEREBY ORDERED that plaintiff's September 27, 2007, request for

22   appointment of counsel is denied.

23   DATED:  October 25, 2007.

24   _____
     EDMUND F. BRENNAN

25   UNITED STATES MAGISTRATE JUDGE

26