IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS LOGAN,

        Plaintiff,                            No. CIV S-07-1042 LKK EFB P

    vs.

HAWKINS,

        Defendant.                       ORDER

_____/

        Defendant's April 18, 2008, motion to modify the scheduling order to extend the time to file discovery and dispositive motions is granted in part and denied in part. The November 8, 2007, scheduling order set February 22, 2008, as the date by which discovery closed and April 18, 2008, as the date by which dispositive motions must be filed.

        The court notes that this request was filed nearly two months *after* discovery closed and the date by which the parties were to have filed their dispositive motions. Merely submitting a request for additional time does not, itself, modify the due date nor does it automatically suspends the time to act once a party files a request. Although the court does not approve of requests to extend or continue deadlines submitted after they have expired, in the interest of managing its docket and possibly eliminating or narrowing issues for trial, the court will extend the time to file a dispositive motion. The request to extend the discovery cutoff is denied.

////

1   Accordingly, defendant's April 18, 2008, motion is granted in part and defendant shall
2   have 30 days from the date this order is served to file a dispositive motion.
3   So ordered.
4   Dated:  May 1, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE