IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS LOGAN,

        Plaintiff,                    No. CIV S-07-1042 LKK EFB P

    vs.

HAWKINS,

        Defendant.           ORDER
_____/

       Plaintiff is a state prisoner proceeding without counsel in anc action brought under 42 U.S.C. § 1983. On May 30, 2008, defendant Hawkins, the sole defendant in this action, filed a motion for summary judgment. *See* Fed. R. Civ. P. 56. In violation of the local rules of this court plaintiff has failed filed an opposition or a statement of no opposition.[1]

       In cases in which one party is incarcerated and proceeding without counsel, motions ordinarily are submitted on the record without oral argument. Local Rule 78-230(m).

////

////

---

[1] Plaintiff filed a motion to amend his complaint on June 20, 2008. That motion did not relieve plaintiff of his obligation to file an opposition to the pending motion for summary judgment.

1

"Opposition, if any, to the granting of the motion shall be served and filed with the Clerk by the responding party not more than eighteen (18) days, plus three (3) days for mailing or electronic service, after the date of service of the motion." *Id*. A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id*. Furthermore, a party's failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 11-110. The court may recommend that an action be dismissed with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed);

On August 15, 2008, the court explained to plaintiff the requirements for filing an opposition to a motion for summary judgment, that failure to oppose such a motion may be deemed a waiver of opposition to the motion, and that failure to comply with the Local Rules may result in a recommendation of dismissal. Not withstanding those prior warnings plaintiff has filed to comply with the requirement of filing either an opposition to the pending motion or a statement of no opposition.

Accordingly, plaintiff is admonished for one last time that his failure to file an opposition brief shall result in the dismissal of this case.

////
////
////
////

1  It is hereby ORDERED that, within 20 days of the date of this order, plaintiff shall file
2 either an opposition to the motion for summary judgment or a statement of no opposition.
3 Failure to comply with this order will result in a recommendation that this action be dismissed
4 without prejudice.
5 DATED: November 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE