1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHRIS LOGAN,

11            Plaintiff,                    No. CIV S-07-1042 LKK EFB P

12        vs.

13   HAWKINS, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On December 18, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fifteen days from the date

22   the findings and recommendations were served.  Plaintiff has filed objections to the findings and

23   recommendations.

24            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

26   ////

                                           1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 18, 2008, are adopted in full; and,

2. Plaintiff's June 20, 2008, motion to file an amended complaint is denied.

So ordered.

DATED:  March 5, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT